UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CHRISTOPHER CHISOLM,                                        :
                                                            :
                            Plaintiff,                      :     ORDER
                                                            :
            - against -                                     :     08 Civ. 8795 (SAS)
                                                            :
NEW YORK CITY DEPARTMENT OF                                 :
CORRECTIONS, et al.,                                        :
                                                            :
                            Defendants.                     :
------------------------------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

         On April 20, 2009, defendants filed and served a motion to dismiss the above-captioned case. As of today, plaintiff has not submitted any papers in opposition to defendants' motion. As plaintiff is proceeding *pro se*, it is hereby

         ORDERED that plaintiff file opposition papers, if any, to defendants' motion by June 19, 2009. All papers must be sent to this Court's Pro Se Office at 500 Pearl Street, Room 230, New York, New York 10007, and must be served upon defendants' counsel. If plaintiff submits opposition papers, defendants' reply is due July 3, 2009. <u>No further adjournments will be granted.</u>

         IT IS FURTHER ORDERED that if plaintiff fails to comply with this Order, this Court will decide the motion on the papers submitted by defendants.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            May 19, 2009

## - Appearances -

**Plaintiff (Pro Se):**

Christopher Chisolm
# 980-06-01206
09-09 Hazen Street
East Elmhurst, NY 11370

**For Defendants:**

Johana V. Castro
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007
(212) 788-0976